UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ROY and SHIRLEY SHEPARD            )
                                   )
     V.                            )        C.A. No. 12-143L
                                   )
AIR & LIQUID SYSTEMS CORP.,ET AL)

O R D E R

The Report and Recommendation of Magistrate Judge Lincoln D. Almond, dated May 29, 2012, recommending that defendant DeZurik, Inc.'s Motion for Summary Judgment be granted since Plaintiffs have not opposed or contested the motion, hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).

Therefore, defendant DeZurik, Inc. is dismissed from this case.

ENTER:

/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge
December  18   ,2012