UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

SHIRLEY SHEPHERD, Individualy and )
as Personal Representative of the )
Estate of Roy Edward Shepherd )
)
    V. ) C.A. No. 12-143L
)
AIR & LIQUID SYSTEMS CORP., et al )

O R D E R

There being no objection to the Report and Recommendation of Magistrate Judge Lincoln D. Almond, dated May 13, 2015, (and docketed as Document No. 592), the Report and Recommendation hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).

Therefore, Plaintiff's Second Motion for Partial Summary Judgment (Document No. 459), Plaintiff's First Motion for Partial Summary Judgment (Document No. 458), and Plaintiff's Third Motion for Partial Summary Judgment (Document No. 460) are DENIED.

ENTER:

/s/Ronald R. Laqueux
Ronald R. Lagueux
Senior U.S. District Judge
July 16, 2015