UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SHIRLEY SHEPHERD,
    Plaintiff,

    v.                                     C.A. No. 12-143L

AIR & LIQUID SYSTEMS
CORP., et al.
    Defendants.

In the matter of: <u>Defendant Crane Company's Motion for Summary Judgment</u>

**<u>ORDER</u>**

    This matter is before the Court on the objection of Defendant Crane Company, LLC, to the Report and Recommendation issued by Magistrate Judge Lincoln D. Almond on May 13, 2015. The Court has reviewed the record, as well as the briefs submitted by the parties. The Report and Recommendation is hereby accepted pursuant to Title 28 United States Code § 636(b)(1).

    Therefore, Defendant Crane Company's Motion for Summary Judgment is denied.

It is so ordered.

<u>/s/Ronald R. Lagueux</u>
Ronald R. Lagueux
Senior United States District Judge
Date: 9/ 29 /15